## MOTION DOCKET

**96–536. State v. Henness.**
Franklin App. No. 94APA02–240. On motion to set execution date. Motion granted and date set sixty days from the date of this order.

**96–2790. State v. Clemons.**
Hamilton C.P. No. B9511119. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.
PFEIFER and COOK, JJ., dissent.

**96–2872. State v. Raglin.**
Hamilton C.P. No. B96000135. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**97–98. State v. Madrigal.**
Lucas C.P. No. CR965761. On motion to disqualify Jeffrey M. Gamso as appellant's counsel of record. Motion denied.

**97–141. State v. Raglin.**
Hamilton App. No. C–970009. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**98–837. State ex rel. Dist. 1199, Health Care & Social Serv. Union, SEIU, AFL/CIO v. Lawrence Cty. Gen. Hosp.**